**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1386**

———————

ANN MARIE HYATT,

Plaintiff - Appellant,

versus

AVCO FINANCIAL SERVICES, a/k/a AVCO Mortgage &
Acceptance,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-98-745)

———————

Submitted:  August 15, 2000          Decided:  August 25, 2000

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ann Marie Hyatt, Appellant Pro Se.  Rodney Allen Satterwhite, Laura
Clark McCoy, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond,
Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ann Marie Hyatt appeals the district court's order granting Avco Financial Services' motion to dismiss her claims filed pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994 & Supp. 2000) and her state law claims of breach of contract and intentional infliction of emotional distress. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hyatt v. Avco Financial Servs., No. CA-98-745 (E.D. Va. March 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED